

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EL PASO CENTRAL APPRAISAL DISTRICT, | § | No. 08-17-00003-CV |
|  | § | Appeal from |
| Appellant, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| HAWKINS & I-10 ACQUISITION CO., L.P., | § | (TC # 2016DTX0495) |
|  | § |  |
| Appellee. |  |  |

## MEMORANDUM OPINION

Appellant, El Paso Central Appraisal District, and Appellee, Hawkins & I-10 Acquisition Co., L.P., have filed an agreed motion to dismiss the appeal because the parties have settled their dispute. We grant the motion and dismiss the appeal. Pursuant to the parties' agreement, costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

November 29, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.